JACKIE ROSE KRUGER, SBN: 231085
THE KRUGER LAW FIRM
485 S. Robertson Blvd. Suite #4
Beverly Hills, CA 90211
krugerlaw@thekrugerlawfirm.com
Tel: 310-550-1234
Fax: 310-550-6904

Attorneys for Plaintiff
ERROLL ENGLISH

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROLL ENGLISH, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>ESTES EXPRESS LINES, a Virginia Corporation doing business in California; ESTES TERMINALS OF CALIFORNIA LLC, a California Limited Liability Company; and ESTES WEST, a business entity of unknown form; and DOES 1 to 20, inclusive,<br><br>  Defendants | Case No.: 5:16-cv-01353-CAS-SK<br><br>[Assigned to Judge Christina A. Snyder]<br><br>**DECLARATION OF AARON J. FARKAS IN SUPPORT OF PLAINTIFF'S MOTION FOR RULE 56(D) RELIEF** |

# DECLARATION OF AARON FARKAS

I, Aaron Farkas, declare as follows.

1. I am an attorney licensed to practice before the State of California. I am an associate with the Kruger Law Firm, counsel of record for Plainitff ERROLL ENGLISH in the above-captioned action ("Action"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify to such facts under oath.

2. After a diligent search of the documents in this case, I was unable locate several key documents that would be helpful in establishing equitable tolling ("Key Documents").

3. These documents include, but are not limited to: records of the California Department of Fair Employment's ("DFEH")interview of the Plaintiff, records of DFEH's service of the administrative complaint to Defendants, and Defendants' answer to the administrative complaint.

4. To the best of my knowledge the Key Documents Exist. On August 1-3, of 2017, I spoke with various representatives of the DFEH, who informed me as such.

5. On August 1-3, of 2017, I attempted to obtain these Key Documents from the DFEH, but was unable to receive them.

6. On August 2, 2017, the DFEH informed me that the only way I would be able to obtain these Key Documents was by submitting a public records request.

7. On August 2, 2017, I submitted a formal public records request to the DFEH asking for all documents sent to them on behalf of Plaintiff, and all documents issued by the DFEH regarding Plaintiff's administrative case. Attached as Exhibit "1" is a true and correct copy of the public record request I sent to the DFEH on August 2, 2017.

8. During a conversation with the DFEH on August 2, 2017, the DFEH informed me that the earliest date that my public records request would likely be fulfilled, was August 11, 2017.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I executed this Declaration on August 3, 2017, in Beverly Hills, California.

/s/Aaron Farkas
_____
Aaron Farkas