1   JACKIE ROSE KRUGER, SBN: 231085
    THE KRUGER LAW FIRM
2   485 S. Robertson Blvd. Suite #4
    Beverly Hills, CA 90211
3   krugerlaw@thekrugerlawfirm.com
    Tel: 310-550-1234
4   Fax: 310-550-6904

5   Attorneys for Plaintiff
    ERROLL ENGLISH
6

7
                    UNITED STATES DISTRICT COURT
8
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

10

11   ERROLL ENGLISH, an individual        )   Case No.: 5:16-cv-01353-CAS-
                                           )   SK
12        Plaintiff,                       )
                                           )   [Assigned to Judge Christina A.
13              v.                         )   Snyder]
                                           )
14   ESTES EXPRESS LINES, a Virginia       )   **DECLARATION OF JACKIE**
     Corporation doing business in         )   **ROSE KRUGER IN SUPPORT OF**
15   California; ESTES TERMINALS OF        )   **IN SUPPORT OF REPLY TO**
     CALIFORNIA LLC, a California          )   **DEFENDANT'S SUPPLEMENTAL**
16   Limited Liability Company; and        )   **BRIEFING RE EQUITABLE**
     ESTES WEST, a business entity of      )   **TOLLING**
17   unknown form; and DOES 1 to 20,       )
     inclusive,                            )
18                                         )
          Defendants                       )
19                                         )

20

21

22

23

24

25

26

27

28

-1-

1

## DECLARATION OF JACKIE ROSE KRUGER

2    I, Jackie Kruger, declare and state as follows:

3    1. I am an attorney licensed to practice before the State of California. I am the

4    managing attorney of the Kruger Law Firm, and counsel or record for Plaintiff

5    ERROLL ENGLISH in the above-captioned action ("Action").

6    2. I have personal knowledge of the following facts and could and would

7    competently testify thereto if called as a witness in this action.

8    3. Defendant's counsel scheduled Plaintiff's Deposition on the eve of the briefing

9    Deadline of October 27, 2017.

10   4. Our office communicated with Plaintiff. Plaintiff told our office that he was

11   having health issues and had previously scheduled arrangements, but he made

12   himself available on the date of Defendant's choosing.

13   5. Defendant's counsel has promised me that the questioning of Plaintiff's

14   Deposition will be between 30 minutes and one hour.

15   6. On October 25, 2017, I defended Plaintiff's third deposition at 485 S.

16   Robertson Blvd. Suite 4, Beverly Hills, CA 90211. Attached as **Exhibit A** is a

17   true and correct copy of English's deposition transcript.

18   7. Plaintiff's third deposition lasted over two and a half hours. I witnessed

19   Plaintiff falling asleep during the deposition.

20   8. Aaron Farkas was an associate attorney at my office. He spoke with Ms.

21   Carolina Torreliza, a consultant at the DFEH. Attached as **Exhibit B** is a true

22   and correct copy of Email exchange between Mr. Farkas and Ms. Torreliza

23   saved on our office's system proving that Mr. Farkas indeed spoke with Ms.

24   Torreliza.

25   9. In Defendant's Reply to Plaintiff's Supplemental Memo in Support of

26   Opposition to Motion for Summary Judgment, Defendant attached an email

27   from Ms. Torreliza stating that she did not speak with Mr. Farkas. Such

28

-2-

1    contradiction further proves that DFEH sometimes err to the detriment of

2    complainants.

3         I declare under the penalty of perjury under the laws of the state of

4    California that the foregoing is true and correct.

5         Executed on November 1, 2017 in Beverly Hills, California.

6

7                                        _/s/ Jackie Rose Kruger_____

8                                        Jackie Rose Kruger

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JACKIE ROSE KRUGER
Case No.: 5:16-cv-01353-CAS-SK