| | |
|---|---|
| 1 | Timothy M. Freudenberger, State Bar No. 138257 |
| 2 | tfreud@cdflaborlaw.com<br>Garrett V. Jensen, State Bar No. 242874 |
| 3 | gjensen@cdflaborlaw.com<br>CAROTHERS DISANTE & FREUDENBERGER LLP |
| 4 | 2600 Michelson Drive, Suite 800<br>Irvine, California  92612 |
| 5 | Telephone:  (949) 622-1661<br>Facsimile:  (949) 622-1669 |
| 6 | David L. Woodard, North Carolina State Bar No. 19343 |
| 7 | dwoodard@poynerspruill.com<br>POYNER SPRUILL LLP |
| 8 | 301 Fayetteville Street, Suite 1900<br>Raleigh, North Carolina 27601 |
| 9 | Telephone:  (919) 783-6400<br>Facsimile:  (919) 783-1075 |
| 10 | Attorneys for Defendants |
| 11 | ESTES EXPRESS LINES; ESTES TERMINALS<br>OF CALIFORNIA LLC; and G.I. TRUCKING |
| 12 | COMPANY dba ESTES WEST |
| 13 | Jackie Rose Kruger, State Bar No 231085<br>krugerlaw@thekrugerlawfirm.com |
| 14 | THE KRUGER LAW FIRM<br>485 S. Robertson Blvd. Suite #4 |
| 15 | Beverly Hills, CA 90211<br>Telephone: (310) 550-1234 |
| 16 | Fax: (310) 550-6904<br>Attorney for Plaintiff |
| 17 | ERROLL ENGLISH |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | ERROLL ENGLISH, an individual, | ) Case No. 5:16-CV-1353 CAS (SKx) |
| 22 | Plaintiffs,<br>v. | ) [Removed from San Bernardino<br>) County Superior Court, Case No.<br>) CIVDS1607991] |
| 24 | ESTES EXPRESS LINES, a Virginia<br>Corporation doing business in California;<br>ESTES TERMINALS OF CALIFORNIA<br>LLC, a California Limited Liability<br>company; and ESTES WEST, a business<br>entity of unknown form; and DOES 1 to<br>20, inclusive, | ) **JOINT STIPULATION RE<br>DISMISSAL OF THE ACTION<br>WITH PREJUDICE PURSUANT<br>TO FRCP RULE 41(a)(1)(A)(ii)** |
| 27 | Defendants. | |

Plaintiff ERROLL ENGLISH and Defendants ESTES EXPRESS LINES; ESTES TERMINALS OF CALIFORNIA LLC; and G.I. TRUCKING COMPANY dba ESTES WEST (incorrectly named and sued as "Estes West") (collectively with Plaintiff, the "Parties") hereby stipulate that, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), this matter is dismissed in its entirety and with prejudice. It is further stipulated that each party will bear his/its own costs, including all attorney's fees.

Dated: March 8, 2018   THE KRUGER LAW FIRM

By:  /s/ Jackie Rose Kruger
Jackie Rose Kruger
Attorney for Plaintiff
ERROLL ENGLISH

Dated: March 8, 2018   CAROTHERS DISANTE & FREUDENBERGER LLP

By: /s/ Garrett V. Jensen
Garrett V. Jensen
Attorney for Defendants
ESTES EXPRESS LINES; ESTES TERMINALS OF CALIFORNIA LLC; and G.I. TRUCKING COMPANY dba ESTES WEST

Dated: March 8, 2018   POYNER SPRUILL LLP

By: /s/ David L. Woodard
David L. Woodard
Attorney for Defendants
ESTES EXPRESS LINES; ESTES TERMINALS OF CALIFORNIA LLC; and G.I. TRUCKING COMPANY dba ESTES WEST

Carothers DiSante & Freudenberger LLP

Case No.  5:16-CV-1353 CAS (SKx)
JOINT STIPULATION RE DISMISSAL WITH PREJUDICE